/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona  85012-1965
Email: mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

DANIEL SCOTT WINGER

635 WEST AVIARY WAY
GILBERT, AZ 85233

Debtor.

Chapter 13

Case No. 2-19-bk-15912 PS

**TRUSTEE'S 2023 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS**

This is an annual report of receipts (plan payments by the Debtor) for up to two years and a summary of all disbursements (payments) by the Trustee to creditors. **Debtors may view their case information through the National Data Center; sign up at www.ndc.org.** If the Debtor or a creditor has a question about the claims/debts shown on this report, CONTACT YOUR ATTORNEY. If the Debtor has a question about the NDC data shown, then send an email to mail@ch13bk.com.

### Dates

Petton Date : 12/19/2019
Plan Payment Start Date: 1/18/2020
Plan Confirmed On: 7/2/2020
Last Payment Received: 6/23/2023
Last Disbursement Date: 6/28/2023

### Plan Payment Schedule

The payment schedule does not include payments such as bonuses, tax refunds or supplemental payments.

| Pmt Amt | Month # |  | Month # |
|---|---|---|---|
| 735.00 | 1 | through | 5 |
| 755.00 | 6 | through | 60 |

### Tax Returns & Refunds

If the Debtor is required by the plan or order confirming plan to provide state and federal income tax returns, tax refunds, or both,to the Trustee but has not done so, then the Trustee is requesting that the Debtor do so and send the return(s) to his or her attorney who will submit the returns to the Trustee.

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a cashier's check or money order payment not shown below, provide the Trustee with a copy of the front _and_ back of the cashier's check or money order. Plan payments can be made online through _www.tfsbillpay.com_ **or** _app.courtcompass.com_.

Plan payments are current.

**Showing receipts posted July 1, 2021, through June 29, 2023.**

As of 6/29/2023:
The total amount of plan payments received: $34,470.72
The amount of trustee fee taken on receipts: $2,260.91
Amount of Undistributed Funds With Trustee: $5.99

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/23/23 | TFS | 755.00 | 5/22/23 | TFS | 755.00 | 4/24/23 | TFS | 755.00 |
| 3/22/23 | TFS | 755.00 | 2/23/23 | TFS | 755.00 | 1/24/23 | TFS | 755.00 |
| 12/22/22 | TFS | 755.00 | 11/15/22 | TFS | 755.00 | 10/21/22 | TFS | 755.00 |
| 9/14/22 | TFS | 755.00 | 8/15/22 | TFS | 755.00 | 7/14/22 | TFS | 755.00 |
| 6/14/22 | TFS | 755.00 | 5/16/22 | TFS | 755.00 | 4/14/22 | TFS | 755.00 |
| 3/14/22 | TFS | 755.00 | 2/14/22 | TFS | 755.00 | 1/14/22 | TFS | 755.00 |
| 12/14/21 | TFS | 755.00 | 11/16/21 | TFS | 755.00 | 10/15/21 | TFS | 755.00 |
| 9/14/21 | TFS | 755.00 | 8/16/21 | TFS | 755.00 | 7/14/21 | TFS | 755.00 |

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court confirmed a Plan on 7/2/2020. The Trustee's last disbursement was on 6/28/2023. The amount paid by the Trustee on claims and debts to date is $34,464.73. The amount of Trustee's statutory percentage fee paid is $2,260.91.

| Pmt Seq | Court/ Trustee Claim No. | Status | Creditor Name | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | | |
| | | | MARK W. LISCHWE | 11/29/22 | L | | 4,655.35 | 4,655.35 | | 0.00 | 4,655.35 | 0.00 |
| 21 | | | | | | | | | | | | |
| | 009 | | US BANK HOME MORTGAGE | 11/25/20 | S | M | 895.76 | 895.76 | | 0.00 | 895.76 | 0.00 |
| 24 | | | | | | | | | | | | |
| | 007 | | CHASE | 6/28/23 | S | V | 23,253.00 | 21,098.17 | 5.59 | 2,871.45 | 23,969.62 | 2,154.83 |
| 25 | | | | | | | | | | | | |
| | 008 | | IRS | | P | | 9,795.57 | 0.00 | | 0.00 | 0.00 | 9,795.57 |
| 33 | | | | | | | | | | | | |
| | 001 | | DISCOVER BANK | 10/29/20 | U | | 4,955.30 | 227.36 | | 0.00 | 227.36 | 4,727.94 |
| | 002 | | CAPITAL ONE BANK USA | 10/29/20 | U | | 9,270.45 | 425.35 | | 0.00 | 425.35 | 8,845.10 |
| | 003 | | CAPITAL ONE BANK USA | 10/29/20 | U | | 15,896.54 | 729.37 | | 0.00 | 729.37 | 15,167.17 |
| | 004 | | SALT RIVER PROJECT | 10/29/20 | U | | 758.28 | 34.79 | | 0.00 | 34.79 | 723.49 |
| | 005 | | ZWICKER & ASSOCIATES PC | 10/29/20 | U | | 10,123.22 | 464.47 | | 0.00 | 464.47 | 9,658.75 |
| | 006 | | ASCENDIUM EDUCATION SOLUTIONS INC | 10/29/20 | U | S | 16,022.66 | 735.15 | | 0.00 | 735.15 | 15,287.51 |
| | 008 | | IRS | 10/29/20 | U | | 1,451.41 | 66.60 | | 0.00 | 66.60 | 1,384.81 |
| | 010 | | AMERICAN INFOSOURCE LP | | U | | 130.77 | 0.00 | | 0.00 | 0.00 | 130.77 |

Explanation of claim codes:

(1) Pmt Seq.: A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to creditor.

(2) Status: "D" = Debtor paying direct; "L"= disallowed; "M" = stay lifted; "W" = creditor has withdrawn its claim;
"X" = debtor surrendered; "O" = Objection filed or hold on disbursement.

(3) Claim Class: "C" = payment by Trustee; "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured.

(4) Claim Type: "A" = prepetition arrears; "E" = expense claim; "F" = 3002.1 expense; "K" = DSO; "M" = mortgage;
"P" = personal property; "S" = student loan; "V" = vehicle.

*In re WINGER*          *Case No. 2-19-bk-15912-PS*

If the Trustee has an email address for the Debtor, then the Trustee sent the Annual Report by email. If the email was bounced back or the Trustee has no email address for the Debtor, the Trustee sent a paper copy to the address appearing in the caption on the first page, and to any separate mailing address for the joint debtor, if the Trustee has that information. The Trustee will place a copy of this document on the National Data Center website, www.ndc.org.